IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PHILLIPS                                                                                     PLAINTIFF

v.                                          Case No. 4:18-cv-04096

JAMES SINGLETON, Sheriff, Hempstead County;
JOHNNY GODBOLT, Captain, Hempstead County
Jail; and HEMPSTEAD COUNTY                                                            DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed September 18, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 18). Judge Bryant recommends that Plaintiff Michael Phillips' Motion for a Court Order for Allergy Skin Testing Analysis (ECF No. 15) be denied because Plaintiff has failed to demonstrate he is entitled to injunctive relief.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 28) *in toto*. Accordingly, Plaintiff's Motion for a Court Order for Allergy Skin Testing Analysis (ECF No. 15) is hereby **DENIED**.

**IT IS SO ORDERED**, this 15th day of October, 2018.

                                                           /s/ Susan O. Hickey
                                                           Susan O. Hickey
                                                           United States District Judge