IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PHILLIPS                                                    PLAINTIFF

v.                                    Civil No. 4:18-cv-04096

JAMES SINGLETON, Sheriff, Hempstead County;
JOHNNY GODBOLT, Captain, Hempstead County
Jail; and HEMPSTEAD COUNTY                                          DEFENDANTS

## JUDGMENT

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that

Plaintiff's Motion for Summary Judgment (ECF No. 28) should be and hereby is **DENIED**.  The

Court also finds that Defendants' Motion for Summary Judgment (ECF No. 30) should be and

hereby is **GRANTED**.  This matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of July, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge